UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL GORDON AZZARA,              )
    Petitioner,                 )
                                 )
    v.                          )   C.A. No. 05-10640-NMG
                                 )
DAVID WINN,                      )
    Respondent.                 )

### ORDER OF DISMISSAL

GORTON, District Judge

    In accordance with the Memorandum and Order dated March 31, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                BY THE COURT,

                                /s/ Craig Nicewicz
                                Deputy Clerk
Dated: March 31, 2005